IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. et al | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO.  6:14-cv-00486-KNM |
| | § | |
| VERISILICON, INC. | § | |
|     *Defendant*. | § | |

**REPORT OF MEDIATION**

The above-captioned case was mediated by David Folsom on Tuesday, May 5, 2015, between Plaintiffs, Uniloc USA, Inc., Uniloc Luxembourg S.A., and Defendant, VeriSilicon, Inc. The mediation was successful.

Signed this 6th day of May 2015.

                                                                   */s/  David Folsom* _____
                                                                   David Folsom
                                                                   TXBN: 07210800
                                                                   JACKSON WALKER, LLP
                                                                   6002-B Summerfield Drive
                                                                   Texarkana, Texas  75503
                                                                   Telephone: (903) 255-3250
                                                                   Facsimile:  (903) 255-3265
                                                                   E-mail:  dfolsom@jw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 6th day of May 2015.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                                                   */s/  David Folsom* _____
                                                                   David Folsom